# EXHIBIT A

CASE#:  **20-C-194**                    Sub Code:                          Date Opened: 07/09/2020

JUDGE:  PHILLIP D. GAUJOT                                                   Date Printed:  10/05/2020

Plaintiff:  **ANDREW EBLING**

vs

Defendant:  **AES ASSET ACQUISITION CORPORATION**

Pro Attorney:  JOHN R. ANGOTTI

Def Attorney:

| Page | Date | Memorandum | Account# | Earned | Collected | Balance |
|------|------|------------|----------|--------|-----------|---------|
| 1 | 07/09/2020 | Complaint Filed | | 200.00 | 200.00 | .00 |
| 2 | 07/09/2020 | Additional clerk/filing fees | | 45.00 | 45.00 | .00 |
| 3 | 07/09/2020 | Process held per atty. | | .00 | .00 | .00 |
| 4 | 08/27/2020 | Clerk fee | 1010 | 15.00 | 15.00 | .00 |
| 5 | 08/27/2020 | Process issued on defs. - S/S | NotCollected | 60.00 | .00 | 60.00 |
| 6 | 08/27/2020 | Affidavit for Order of Publication | | .00 | .00 | .00 |
| 7 | 08/27/2020 | Order of Publication issued | | .00 | .00 | .00 |
| 8 | 08/31/2020 | Order of Publication rcvd by Robyn Smith on 8/31/20 | | .00 | .00 | .00 |
| 9 | 09/11/2020 | Publisher's Certificate | | .00 | .00 | .00 |
| 10 | 09/23/2020 | S/S accepted service on behalf of Petro-Chem Processing, Stericycle, | | .00 | .00 | .00 |
| 11 | 09/23/2020 | Inc., AES Asset Acquisition Corp on 9/16/20 | | .00 | .00 | .00 |
| | | **Totals** | | **320.00** | **260.00** | **60.00** |

A TRUE COPY ATTEST:

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

ANDREW EBLING,

       PLAINTIFF,

VS.                        CIVIL ACTION NO. _20-C-194_

AES ASSET ACQUISITION CORPORATION d/b/a
Clean Earth of Morgantown; STERICYCLE, INC.;
PETRO-CHEM PROCESSING GROUP OF NORTU, LLC;
and JOHN DOE ENTITIES AND/OR PERSONS;

       DEFENDANTS.

## COMPLAINT

    NOW COMES, the plaintiff, Andrew Ebling, by and through his counsel, John R. Angotti, David J. Straface, Chad C. Groome and Angotti & Straface, L.C., and for his Complaint against the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and John Doe Entities and/or Persons, hereby alleges as follows:

1. The plaintiff, Andrew Ebling, is a resident of Morgantown, Monongalia County, West Virginia.

2. Upon information and belief, the defendant, AES Asset Acquisition Corporation, is a foreign corporation licensed to conduct business in the State of West Virginia at and does business in the State of West Virginia as Clean Earth of Morgantown by operating the facility known as Clean Earth Waste Disposal & Recycling Facility at or near 1750 Morgantown Industrial Park, Morgantown, Monongalia County, West Virginia 26501. Upon further information and belief, the defendant, AES Asset Acquisition Corporation, has a service of process address registered with the West

Virginia Secretary of State of c/o Corporation Service Company, 209 W. Washington Street, Charleston, WV 25302.

3. Upon information and belief, the defendant, Stericycle, Inc., is a foreign corporation licensed to conduct business in the State of West Virginia and has a service of process address registered with the West Virginia Secretary of State of c/o CT Corporation System, 1627 Quarrier Street, Charleston, WV 25311-2124.

4. Upon information and belief, the defendant, Petro-Chem Processing Group of Nortu, LLC, is a foreign corporation that is not licensed to conduct business in the State of West Virginia.   Upon further information and belief, defendant, Petro-Chem Processing Group of Nortu, LLC, has a principal place of business of 421 Lycaste Street, Detroit, Michigan 48214, where it operates and/or manages a facility involved in the processing, disposal, and/or transport of waste, including hazardous waste.

5. Defendant(s) John Doe Entities and/or Persons are any and all entities and/or persons who are unknown to the plaintiff, Andrew Ebling, and/or who may have been involved in the underlying acts and/or omissions leading to plaintiff's injuries and/or damages and/or which may be vicariously liable for the same, including, but certainly not limited to, any entities or persons in any manner involved in the operation and/or management of the Clean Earth Waste Disposal & Recycling Facility at or near 1750 Morgantown Industrial Park, Morgantown, Monongalia County, West Virginia 26501; any entities or persons in any manner involved in the preparation and/or transport of the subject waste material at issue in this matter; any parent, sister, subsidiary, and/or related entities to the named defendants;

2

and/or any predecessors-in-interest and/or successors-in-interest to the named defendants.

6. The Circuit Court of Monongalia County, West Virginia, has subject matter jurisdiction over plaintiff Andrew Ebling's claims and may properly exercise personal jurisdiction over the defendants.

7. The Circuit Court of Monongalia County, West Virginia, is a proper venue for the instant civil action.

8. At all times material and relevant, the plaintiff, Andrew Ebling, was employed by Express Professional Employment Temp Agency.

9. Plaintiff, Andrew Ebling, was assigned by Express Professional Employment Temp Agency to work as a laborer at the Clean Earth Waste Disposal and Recycling Facility located at 1750 Morgantown Industrial Park, Morgantown, West Virginia 26501.

10. On July 13, 2018, the plaintiff, Andrew Ebling, was working as a laborer for Express Professional Employment Temp Agency at the aforementioned Clean Earth Waste Disposal and Recycling Facility.

11. On the aforesaid date, plaintiff, Andrew Ebling, was sorting waste material at the aforesaid facility that was laid down on a large work table within the facility.

12. The aforementioned waste material was not labeled as "medical waste" or "biohazard waste" and in no manner placed the plaintiff, Andrew Ebling, on notice that the same contained or could contain medical and/or biohazardous wastes, including sharps.

3

13. Upon information and belief, defendants, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, did deliver the aforementioned waste material to defendant, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown and/or John Doe Entities and/or Persons for processing.

14. The plaintiff, Andrew Ebling, grabbed a plastic bag containing the aforementioned waste material that had been placed on the table and was stabbed in the index finger by a used hypodermic needle contained in the waste material.

15. The plaintiff, Andrew Ebling, immediately began to bleed profusely from his index finger, experienced severe pain, and feared for his health, safety, and welfare.

16. The plaintiff, Andrew Ebling, was taken to a local emergency room for care, treatment, and testing.

17. The plaintiff, Andrew Ebling, was required to undergo medical treatment as a result of the aforementioned incident including, but not limited to, blood and lab testing, pathogen testing, and immunizations.

18. The plaintiff, Andrew Ebling, was further required to undergo a regimen of HIV medications and/or anti-virals that had serious side effects and/or which caused the plaintiff additional pain and physical suffering.

19. The plaintiff, Andrew Ebling, incurred approximately Two Thousand Seven Hundred Eighty-Nine and 90/100 Dollars ($2,789.90) in medical specials to date for the treatment and/or monitoring of his needle stick injury and anticipates further medical monitoring of his condition.

**<u>COUNT I</u>**

4

## Negligence and/or Reckless Conduct

20. The plaintiff, Andrew Ebling, incorporates by reference the allegations of his Complaint at paragraphs one (1) through nineteen (19) as if fully set forth herein.

21. Upon information and belief, the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, knew or should have known that the aforementioned waste materials contained hazardous, biohazardous and/or medical waste and/or was it risk for containing the same.

22. Upon information and belief, the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, knew or should have known that the aforementioned waste materials should not have contained hazardous, biohazardous, and/or medical waste.

23. Upon information and belief, the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, knew or should have known of the foreseeable risks to others in the processing, handling, and/or waste management services chain of injury, disease and harm from the aforementioned waste materials containing hazardous, biohazardous, and/or medical waste.

24. Upon information and belief, the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, knew or should have known that necessary and/or required safety and/or training precautions and/or

standard operating procedures/policies for the shipment of and/or processing of waste containing hazardous, biohazardous, and/or medical waste and the protections of others from said waste.

25. The defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, owed the plaintiff, Andrew Ebling, a duty of reasonable and/or ordinary care to protect him from injury and/or harm from hazardous, medical and/or biohazardous waste processed, handled, transported and/or shipped by them.

26. Moreover, upon further information and belief, the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, had a duty to comply with federal, state, and local statutes, regulations, laws and policies, and/or well-recognized industry standards for the safe processing, handling, transporting, and/or shipping of hazardous, medical and/or biohazardous waste.

27. The defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, did breach those duties toward plaintiff, Andrew Ebling, by and through their acts and/or omissions set forth hereinabove and which amount to negligent and/or reckless conduct in one or more of the following particulars:

6

a. Improperly introducing hazardous, medical, and/or biohazardous waste to the subject facility;

b. Failure to properly and/or safely inspect waste for hazardous, medical, and/or biohazardous waste;

c. Failure to properly and/or safely transport, ship and/or process hazardous, medical, and/or biohazardous waste to and/or at the subject facility;

d. Failure to properly and/or safely identify, label, and/or warn of hazardous, medical, and/or biohazardous waste sent to or received at the subject facility;

e. Failure to adhere to or implement adequate policies and/or procedures for the safe transport, shipment, handling, and/or processing of hazardous, medical, and/or biohazardous waste;

f. Failure to adhere to or implement adequate policies and/or procedures for the identification of hazardous, medical, and/or biohazardous waste and/or inspection of waste for hazardous, medical, and/or biohazardous waste;

g. Failure to adhere to or implement adequate policies and/or procedures for the prevention of accidental and/or unintended introduction of hazardous, medical, and/or biohazardous waste to the subject facility;

h. Failure to train regarding the safe transport, shipment, handling and/or processing of hazardous, medical, and/or biohazardous waste;

i. Failure to provide adequate safety equipment and/or processes to protect others from exposure and/or injury from hazardous, medical, and/or biohazardous waste;

7

j.   Negligent preparation of and/or review of shipping manifest;

k.   Negligent hiring and/or supervision;

l.   Failure to adhere to relevant federal, state, and local statutes, regulations, laws and policies, and/or well-recognized industry standards for the safe processing, handling, transporting, and/or shipping of hazardous, medical and/or biohazardous waste;

m.  Failure to use due care generally; and/or

n.   Other acts and/or omissions hereinafter discovered.

28. Alternatively and/or in addition thereto, the defendants are vicariously liable for the conduct of the other defendants under principles of agency and/or joint venture.

29. As a direct and proximate result of the defendants' acts and/or omissions set forth above, the plaintiff, Andrew Ebling, suffered a physical bodily injury requiring medical treatment and an injury to his psyche for which he should be compensated.

30. As a direct and proximate result of the defendants' acts and/or omissions set forth above, the plaintiff, Andrew Ebling, suffered damages including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress, annoyance, inconvenience, fear, humiliation, embarrassment, loss of the enjoyment of his life, medical bills, economic loss, and other general and/or special damages for which he should be compensated.

31. Due to the nature of the injury done to him, the plaintiff, Andrew Ebling, is reasonably certain to incur future or ongoing damages including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress,

annoyance, inconvenience, fear, humiliation, embarrassment, loss of the enjoyment of his life, medical bills, medical monitoring for exposure to blood-borne pathogens, economic loss, and other general and/or special damages for which he should be compensated.

32. The acts and/or omissions of the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, are willful, wanton, malicious, reckless, grossly negligent, and/or done with actual malice toward the plaintiff or a conscious, reckless and outrageous indifference to the health, safety and welfare of the plaintiff and others entitling the plaintiff to an award of punitive and/or exemplary damages to punish the defendants and/or to dissuade the defendants and others similarly situated from engaging in similar conduct in the future.

## COUNT II

### Tort of Outrage

33. The plaintiff, Andrew Ebling, incorporates by reference the allegations of his Complaint at paragraphs one (1) through thirty-two (32) as if fully set forth herein.

34. The conduct of the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, was atrocious, intolerable, and so extreme and outrageous as to exceed the bounds of decency.

35. The defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or

9

John Doe Entities and/or Persons, acted with the intent to inflict emotional distress, or acted recklessly when it was certain or substantially certain emotional distress would result from their conduct.

36. The actions of the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, caused the plaintiff, Andrew Ebling, to suffer emotional distress.

37. The emotional distress suffered by the plaintiff, Andrew Ebling, was so severe that no reasonable person could be expected to endure it.

38. As a direct and proximate result of the defendants' acts and/or omissions set forth above, the plaintiff, Andrew Ebling, suffered a physical bodily injury requiring medical treatment and an injury to his psyche for which he should be compensated.

39. As a direct and proximate result of the defendants' acts and/or omissions set forth above, the plaintiff, Andrew Ebling, suffered damages including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress, annoyance, inconvenience, fear, humiliation, embarrassment, loss of the enjoyment of his life, medical bills, economic loss, and other general and/or special damages for which he should be compensated.

40. Due to the nature of the injury done to him, the plaintiff, Andrew Ebling, is reasonably certain to incur future or ongoing damages including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress, annoyance, inconvenience, fear, humiliation, embarrassment, loss of the

10

enjoyment of his life, medical bills, medical monitoring for exposure to blood-borne pathogens, economic loss, and other general and/or special damages for which he should be compensated.

41. The acts and/or omissions of the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, are willful, wanton, malicious, reckless, grossly negligent, and/or done with actual malice toward the plaintiff or a conscious, reckless and outrageous indifference to the health, safety and welfare of the plaintiff and others entitling the plaintiff to an award of punitive and/or exemplary damages to punish the defendants and/or to dissuade the defendants and others similarly situated from engaging in similar conduct in the future.

**WHEREFORE**, the plaintiff, Andrew Ebling, by and through his undersigned counsel, hereby demands judgment against the defendants, AES Asset Acquisition Corporation d/b/a Clean Earth of Morgantown, Stericycle, Inc., Petro-Chem Processing Group of Nortu, LLC, and/or John Doe Entities and/or Persons, jointly and severally where allowable by law, for compensatory damages in an amount in excess of the jurisdictional threshold of the Court and sufficient to make him whole for his injuries and conditions proximately caused by the defendants, for punitive damages in an amount in excess of the jurisdictional threshold of the Court and sufficient to punish the defendants and/or to dissuade the defendants and others similarly situated from engaging in similar conduct in the future, for attorney's fees, litigation costs, and/or pre-/post-judgment interest where

allowable by law, and for such additional favorable relief as the Court deems just and appropriate.

### A JURY TRIAL IS DEMANDED ON ALL ISSUES.

Respectfully Submitted,
ANDREW EBLING, Plaintiff,

BY:

JOHN R. ANGOTTI, ESQUIRE (#5068)
DAVID J. STRAFACE, ESQUIRE (#3634)
CHAD C. GROOME, ESQUIRE (#9810)
ANGOTTI & STRAFACE, LC
274 Spruce Street
Morgantown, WV 26505
Phone: (304) 292-4381
Facsimile: (304) 292-7775
*Of Counsel for Plaintiff, Andrew Ebling*

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

ANDREW EBLING,

      PLAINTIFF,

VS.                                  CIVIL ACTION NO. 20-C-194

AES ASSET ACQUISITION CORPORATION d/b/a
Clean Earth of Morgantown; STERICYCLE, INC.;
PETRO-CHEM PROCESSING GROUP OF NORTU, LLC;
and JOHN DOE ENTITIES AND/OR PERSONS;

      DEFENDANTS.

## A F F I D A V I T

STATE OF WEST VIRGINIA,

COUNTY OF MONONGALIA, to-wit:

      This day personally appeared before me, a Notary Public in and for said County and State, David J. Straface, who after being first duly sworn deposes and says as follows:

      1. That he is the attorney of record herein for the plaintiff, Andrew Ebling, as set forth in the above-styled civil action.

      2. That the name and address of the Defendants, John Doe Entities and/or Persons, is unknown to plaintiff.

      3. That plaintiff has used due diligence to ascertain the residence or whereabouts of said defendants, without effect.

      4. That there are or may be persons, other than those named in the Complaint as defendants, interested in the subject matter of the action, whose names are unknown to the plaintiffs and who are made defendants by the general description of John Doe Entities and/or Persons.

5. That the object of the above-styled claim is to obtain judgment against the Defendants as a result of the defendants' acts and/or omissions set forth in the complaint filed herein, including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress, annoyance, inconvenience, fear, humiliation, embarrassment, loss of the enjoyment of his life, medical bills, economic loss, and other general and/or special damages for which he should be compensated.

6. Further the affiant saith not.

_____
David J. Straface

Taken, subscribed, and sworn to before me this 27th day of August, 2020.

My commission expires: June 10, 2025.

_____
Notary Public in and for
Monongalia County, West Virginia

OFFICIAL SEAL
NOTARY PUBLIC
STATE OF WEST VIRGINIA
ROBYN D. SMITH
1343 Big Sandy Road
Bruceton Mills, WV 26525
My Commission Expires June 10, 2025

ORDER OF PUBLICATION

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

ANDREW EBLING

PLAINTIFF(S),

VS.                                                    CIVIL ACTION NO.  20-C-194

AES ASSET ACQUISITION CORPORATION,
DBA CLEAN EARTH OF MORGANTOWN;
STERICYCLE, INC.,
PETRO-CHEM PROCESSING GROUP OF NORTU, LLC
AND
JOHN DOE ENTITIES AND/OR PERSONS

DEFENDANT(S).

The object of the above entitled action is to obtain judgment against the defendants as a result of the defendants' acts and/or omissions set forth in the complaint filed herein, including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress, annoyance, inconvenience, fear, humiliation, embarrassment, loss of the enjoyment of his life, medical bills, economic loss, and other general and/or special damages for which he should be compensated.

That there are or may be persons, other than those named in the Complaint as defendants, interested in the subject matter of the action, whose names are unknown to the plaintiffs and who are made defendants by the general description of John Doe Entities and or Persons and they do serve upon JOHN R. ANGOTTI, DAVID J. STRAFACE, and CHAD C. GROOME whose address is 274 Spruce Street, Morgantown WV  26505, an answer or other defense to the complaint filed in this action on or before October 7, 2020, otherwise judgment by default will be taken against defendant at any time thereafter.  A copy of said complaint can be obtained from the undersigned Clerk at her office.

Entered by the Clerk of said Court this 27th day of August, 2020.

Clerk of Court

# The **Dominion Post**

1251 Earl L Core Road

Morgantown, WV 26505

(304) 291-9420

## PUBLISHER'S CERTIFICATE OF PUBLICATION

I, __Brad Pennington,__ Advertising Director of

THE DOMINION POST, a newspaper of general circulation

published in the City of Morgantown, County and State

aforesaid, do hereby certify that the annexed

__Legal Notice__

was published in the said THE DOMINION POST once a week

for ___2___ successive weeks commencing on the

__2nd__ day of __September__, 2020 and ending on the

__9th__ day of __September__, 2020.

The publisher's fee for said publication is __$136.78__

Given under my hand this ___9th___ day of

__September__, 2020

(SEAL)

Advertising Director of THE DOMINION POST

Subscribed and sworn to before me this ___9th___

day of __September__, 2020

---

Notary Public of Monongalia County, W. Va.

My commission expires on the __18th__ day of __Feb 2025__

FILED

SEP 1 1 2020

Official Seal
Notary Public, State of West Virginia
Jesse J. Jeffries
The Dominion Post
1251 Earl L. Core Rd.
Morgantown, WV 26505
My Commission Expires February 18, 2025

JEAN FRIEND, CLERK

---

010159888

September 2, 9

**ORDER OF PUBLICATION**
**IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA**

ANDREW EBLING

PLAINTIFF(S),

VS.

CIVIL ACTION NO. 20-C-194

AES ASSET ACQUISITION CORPORATION,
DBA CLEAN EARTH OF MORGANTOWN;
STERICYCLE, INC.;
PETRO-CHEM PROCESSING GROUP OF NORTU, LLC
AND
JOHN DOE ENTITIES AND/OR PERSONS

DEFENDANT(S).

The object of the above entitled action is to obtain judgment against the defendants as a result of the defendants' acts and/or omissions set forth in the complaint filed herein, including, but certainly not limited to, physical pain and suffering, severe mental and emotional distress, annoyance, inconvenience, fear, humiliation, embarrassment, loss of the enjoyment of his life, medical bills, economic loss, and other general and/or special damages for which he should be compensated.

That there are or may be persons, other than those named in the Complaint as defendants, interested in the subject matter of the action, whose names are unknown to the plaintiffs and, who are made defendants by the general description of John Doe Entities and/or Persons and they do serve upon JOHN R. ANGOTTI, DAVID J. STRAFACE, and CHAD C. GROOME whose address is 274 Spruce Street, Morgantown, WV 26505, an answer or other defense to the complaint filed in this action on or before October 7, 2020, otherwise judgment by default will be taken against defendant at any time thereafter. A copy of said complaint can be obtained from the undersigned Clerk at her office.

Entered by the Clerk of said Court this 27th day of August, 2020.

Jean Friend
Clerk of Court

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

---

USPS CERTIFIED MAIL™



9214 8901 1251 3410 0002 7665 97

---

AES ASSET ACQUISITION CORPORATION
Corporation Service Company
209 West Washington Street
Charleston, WV 25302

| | | |
|---|---|---|
| **Control Number:** 263058 | **Agent:** | Corporation Service Company |
| **Defendant:** AES ASSET ACQUISITION CORPORATION 209 West Washington Street Charleston, WV 25302 US | **County:** | Monongalia |
| | **Civil Action:** | 20-C-194 |
| | **Certified Number:** | 92148901125134100002765597 |
| | **Service Date:** | 9/16/2020 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State



# SUMMONS

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**ANDREW EBLING**

**PLAINTIFF(S),**

**VS.**

**CIVIL ACTION NO.  20-C-194**

**AES ASSET ACQUISITION CORPORATION**
**DBA CLEAN EARTH OF MORGANTOWN**
c/o Corporation Service Company
209 W Washington Street
Charleston WV  25302

**STERICYCLE, INC.**
c/o CT Corporation System
1627 Quarrier Street
Charleston WV  25311-2124

**PETRO-CHEM PROCESSING GROUP OF NORTU, LLC**
421 Lycaste Street
Detroit MI  48214

**And**

**JOHN DOE ENTITIES AND/OR PERSONS**

**DEFENDANT(S).**

To the above-name Defendants:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve **JOHN R. ANGOTTI, DAVID J. STRAFACE AND CHAD C. GROOME** whose address is **274 Spruce Street, Morgantown WV  26505** an answer including any related counterclaim you may have to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within __30__ days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled action.

DATED:  August 27, 2020

JEAN FRIEND, CLERK
MONONGALIA CO. CIRCUIT COURT

BY

DEPUTY CLERK

CERTIFIED MAIL



U.S. POSTAGE >> PITNEY BO
ZIP 25311   $ 006.6
02 4W
0000336734 SEP. 17  2

 CT Corporation

**Service of Process Transmittal**
09/22/2020
CT Log Number 538280325

TO:     Shannon Patton
        Stericycle, Inc.
        2355 WAUKEGAN RD
        BANNOCKBURN, IL 60015-1586

RE:     **Process Served in West Virginia**

FOR:    Stericycle, Inc.  (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Andrew Ebling, Pltf. vs. Aes Asset Acquisition Corporation, etc., et al., Dfts. // To: Stericycle, Inc. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 20C194 |
| **NATURE OF ACTION:** | Employee Litigation - Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Charleston, WV |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 09/22/2020 postmarked on 09/17/2020 |
| **JURISDICTION SERVED :** | West Virginia |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 09/22/2020, Expected Purge Date: 09/27/2020 |
| | Image SOP |
| | Email Notification,  Robert Cirino  robert.cirino@stericycle.com |
| | Email Notification,  Shannon Patton  shannon.patton@stericycle.com |
| | Email Notification,  Brenda Ott  brenda.ott@stericycle.com |
| | Email Notification,  Leslie Jensen  leslie.jensen@stericycle.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan St Ste 900<br>Dallas, TX 75201-3140 |
| **For Questions:** | 877-564-7529<br>MajorAccountTeam2@wolterskluwer.com |

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
888-767-8683
**Visit us online:**
www.wvsos.com

USPS CERTIFIED MAIL™



**9214 8901 1251 3410 0002 7655 80**

STERICYCLE, INC.
C. T. Corporation System
1627 QUARRIER ST.
CHARLESTON, WV 25311

| | |
|---|---|
| **Control Number:** 263057 | **Agent:** C. T. Corporation System |
| **Defendant:** STERICYCLE, INC. | **County:** Monongalia |
| 1627 QUARRIER ST. | **Civil Action:** 20-C-194 |
| CHARLESTON, WV 25311 US | **Certified Number:** 92148901125134100002765580 |
| | **Service Date:** 9/16/2020 |

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office.***

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State





CERTIFIED MAIL

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 25311   $ 006.65⁰
02  4W
0000336734 SEP. 17. 2020.

Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



USPS CERTIFIED MAIL™



9214 8901 1251 3410 0002 7655 73

**Mac Warner**
Secretary of State
State of West Virginia
**Phone:** 304-558-6000
886-767-8683
**Visit us online:**
www.wvsos.com

PETRO-CHEM PROCESSING GROUP OF NORTU, LLC
421 LYCASTE STREET
DETROIT, MI 48214

**Control Number:** 263056
**Defendant:** PETRO-CHEM PROCESSING
GROUP OF NORTU, LLC
421 LYCASTE STREET
DETROIT, MI 48214 US

**County:** Monongalia
**Civil Action:** 20-C-194
**Certified Number:** 92148901125134100002765573
**Service Date:** 9/16/2020

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in your name and on your behalf.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in your name and on your behalf as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

Mac Warner

Mac Warner
Secretary of State



## SUMMONS

IN THE CIRCUIT COURT OF MONONGALIA COUNTY, WEST VIRGINIA

**ANDREW EBLING**

**PLAINTIFF(S),**

**VS.**                                                **CIVIL ACTION NO.  20-C-194**

**AES ASSET ACQUISITION CORPORATION
DBA CLEAN EARTH OF MORGANTOWN
c/o Corporation Service Company
209 W Washington Street
Charleston WV  25302**

**STERICYCLE, INC.
c/o CT Corporation System
1627 Quarrier Street
Charleston WV  25311-2124**

**PETRO-CHEM PROCESSING GROUP OF NORTU, LLC
421 Lycaste Street
Detroit MI  48214**

**And**

**JOHN DOE ENTITIES AND/OR PERSONS**

**DEFENDANT(S).**

To the above-name Defendants:

IN THE NAME OF THE STATE OF WEST VIRGINIA, you are hereby summoned and required to serve **JOHN R. ANGOTTI, DAVID J. STRAFACE AND CHAD C. GROOME** whose address is **274 Spruce Street, Morgantown WV  26505** an answer including any related counterclaim you may have to the complaint filed against you in the above-styled civil action, a true copy of which is herewith delivered to you.  You are required to serve your answer within ___30___ days after service of this summons upon you, exclusive of the date of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint and you will be thereafter barred from asserting in another action any claim you may have which must be asserted by counterclaim in the above-styled action.

DATED:  August 27, 2020

JEAN FRIEND, CLERK
MONONGALIA CO. CIRCUIT COURT

BY

DEPUTY CLERK

CERTIFIED MAIL



Rec'd   10/8/20